**STATE of Missouri ex rel. Chris KOSTER, Missouri Attorney General, Respondent,**

v.

**Marvin LEWIS, Appellant.**

**No. WD 75464.**

Missouri Court of Appeals,
Western District.

Sept. 17, 2013.

Michael David Morris, for Respondent.

Appellant Acting Pro Se.

Before Division One VICTOR C. HOWARD, P.J., JOSEPH M. ELLIS, and ANTHONY REX GABBERT, JJ.

### ORDER

PER CURIAM:

Marvin Lewis appeals the circuit court's judgment granting the State's petition for reimbursement pursuant to the Missouri Incarceration Reimbursement Act, Sec-

tions 217.825–217.841, RSMo 2000. We affirm. Rule 84.16(b).